ENTERED
SEP - 7 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

FILED
SEP - 5 2007
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY_____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SAN FERNANDO VALLEY DIVISION

| | |
|---|---|
| In re<br><br>TERESA JEAN MOORE<br><br>Debtor | Case No. SV 07-12387-GM<br><br>Chapter No. 13<br><br>**ORDER DISMISSING CHAPTER 13 BANKRUPTCY CASE SV07-12387GM BECAUSE DEBTOR HAS A PENDING CHAPTER 7 BANKRUPTCY CASE SV04-15349GM AFTER ORDER TO SHOW CAUSE HEARING**<br><br>ORDER TO SHOW CAUSE HEARING<br>DATE: SEPTEMBER 4, 2007<br>TIME: 1:30 P.M.<br>PLACE: COURTROOM 303<br>  21041 BURBANK BLVD.<br>  WOODLAND HILLS, CA 91367 |

On September 4, 2007 at 1:30 p.m. in Courtroom 303 a noticed order to show cause hearing was held why the above Chapter 13 bankruptcy case SV07-12387GM case of debtor Teresa J. Moore should not be dismissed because this debtor already has a pending Chapter 7 bankruptcy case SV04-15349GM.

Debtor Teresa Moore appeared pro se. Attorney Richard Garber also appeared. Attorney Michael Sacks appeared for creditor Sharon Stevens, who also attended the hearing. David Gottlieb, the Chapter 7 Trustee in bankruptcy case SV04-15349GM appeared at the hearing. Creditor Ruth de Sosa appeared in pro se.

For reasons stated on the record and in the order to show cause, the above Chapter 13 bankruptcy case SV07-12387GM of debtor Teresa J. Moore filed on July 11, 2007 is hereby **DISMISSED**.

DATE: 9/5 , 2007

_____
GERALDINE MUND
United States Bankruptcy Judge

1

# CERTIFICATE OF MAILING

I, __PATTY FLORES GARCIA__, a regularly appointed and qualified clerk of the United States Bankruptcy Court for the Central District of California, do hereby certify that in the performance of my duties as such clerk, I personally mailed to each of the parties listed below, at the addresses set opposite their respective names, a copy of the

**ORDER DISMISSING CHAPTER 13 BANKRUPTCY CASE SV07-12387GM BECAUSE DEBTOR HAS A PENDING CHAPTER 7 BANKRUPTCY CASE SV04-15349GM AFTER ORDER TO SHOW CAUSE HEARING**

in the within matter. That said envelope containing said copy was deposited by me in a regular United States mailbox in the City of Los Angeles, in said District, on __SEP 0 7 2007__

Teresa Jean Moore   - Debtor
4251 Laurel Canyon Blvd.
Studio City, CA 91604

David Gottlieb - Chapter 7 Trustee prior case
15233 Ventura Blvd. 9th Floor
Sherman Oaks, CA 90012

Michael Sacks - Attorney for Sharon Stevens
1894 Commercenter Way Suite 108
San Bernardino, CA 92408

Elizabeth Rojas - Chapter 13 Trustee
15301 Ventura Blvd Bldg B Ste 400
Sherman Oaks, CA 91403

Richard Garber   - Debtor Attorney on prior case
5437 Vantage Avenue
North Hollywood, CA 91607

Andrew Caine - Attorney for Chapter 7 Trustee
10100 Santa Monica Blvd. Suite 1100
Los Angeles, CA 91403-2201

Ruth de Sosa
c/o Bennett & Erdman
5670 Wilshire Blvd, Suite 1400
Los Angeles, CA 90036

U.S. Trustee - Interoffice Mail

_____
(Clerk)